

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2022

No. 04-22-00685-CV

**IN RE** Patrick **MULDOON**

Original Mandamus Proceeding[1]

### ORDER

Sitting:        Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Beth Watkins, Justice

On October 21, 2022, relator filed an amended petition for writ of mandamus. This court is of the tentative opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and real party in interest may file a response to the petition in this court **no later than January 11, 2023.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on December 22, 2022.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2022-CI-16599, styled *In the Interest of I.M.C.C., a Child*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.